## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-14-00235-CV
_____

### ANGELA N. ANTOINE AND ERICA NICOLE ANTOINE, Appellants

### V.

### AMERICAN SERVICE INSURANCE COMPANY, INC., Appellee

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-189,319**

### ORDER

After submission of the appeal, it came to the attention of the Court that the judgment may not have finally adjudicated all claims between the parties. The parties agreed that the case should be returned to the trial court so that the trial court may clarify the judgment.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for further proceedings. All appellate timetables are suspended while the trial court retains jurisdiction over the case. A supplemental

1

record shall be filed with the Court of Appeals by December 14, 2015.  The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed.

ORDER ENTERED November 12, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.